**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MOHAMMED HUSEIN BHADELIA, and
MOHAMMED FAROOQ BHADELIA,

    Plaintiffs,

v.                                        CASE NO: 8:03-cv-1189-T-26TBW

MARINA CLUB OF TAMPA, HOA, INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration of the parties' written submissions and oral arguments, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged that Defendant's Motion for Preliminary Injunction (Dkt. 111) is granted. The terms and provisions of the temporary restraining order entered by the Court on August 14, 2007, and found at docket 118 of the court file, are hereby made permanent, and all persons who were enjoined by the temporary restraining order shall continue to adhere to its terms and provisions until further order of the Court.

**DONE AND ORDERED** at Tampa, Florida, on September 7, 2007.

                                            s/*Richard A. Lazzara*
                                            **RICHARD A. LAZZARA
                                            UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record